**UNITED STATES BANKRUPTCY COURT**

Eastern District of Tennessee

IN RE:    Anthony Eldon Cooley                                              No.    11-12806
                                                                                                          Chapter 13

    Debtor.

**DEBTOR(S) MOTION FOR WAGE DEDUCTION ORDER**

The Debtor(s) move the Court for an Ex Parte Order, pursuant to 11 U.S.C. § 1325(c),

for a Wage Deduction Order directed to the Debtor's employer:

> Frito-Lay
> 4744 S. Middlebrooke
> Knoxville, TN 37921

The Debtor(s) request that the sum of   $65.00   Weekly   be deducted and

remitted to the Chapter 13 Trustee.

                                                                        Respectfully submitted,


                                                                        /s/ Richard L. Banks, #000617
                                                                        _____
                                                                        Richard L. Banks, #000617
                                                                        Richard Banks & Associates, P.C.
                                                                        P.O. Box 1515
                                                                        Cleveland, TN 37364-1515

                                                                        (423)479-4188