# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE

**In re: ANTHONY ELDON COOLEY**            )
**In re:**  )
_____ )    **No. 11-12806**
                                       )   **Chapter 13**
**Debtor(s)**                          )

## MOTION TO DECLARE DEBTOR INELIGIBLE FOR DISCHARGE

NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held with respect to the following motion on January 5, 2012, at 9:30 a.m., in Courtroom 3rd Floor, 31 East 11th Street Historic Post Office, Chattanooga, Tennessee.

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought and may enter an order granting this motion.**

C. Kenneth Still, the standing chapter 13 trustee, requests an order that this case be closed at the appropriate time without the granting of a discharge. This motion is made on the ground that it appears that the debtor(s) filed Chapter 7 Case No. 08-14718 on 9/12/08, and received a discharge on 12/11/08. Accordingly, it appears that the court may not grant a discharge in this case. 11 U.S.C. § 1328(f).

/s/ Kara L. West
Kara L. West (TN No. 25744)
Attorney for C. Kenneth Still
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN  37401
(423) 265-2261

# CERTIFICATE OF SERVICE

I certify that the foregoing motion will be served electronically on the attorney for the debtor(s) and was served this day by mail to the debtor(s) at the following address(es):

ANTHONY ELDON COOLEY
2988 HARRIS CIRCLE

CLEVELAND, TN 37312


RICHARD L BANKS & ASSOCIATES
PO BOX 1515
CLEVELAND, TN 37364-

This the 6th day of December, 2011.


/s/ <DocInpt9>
Chapter 13 Office Clerk