## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

In Re:  Anthony Eldon Cooley     *     **Chapter 13**

                                   **Case No. 11-12806**

          *

       Debtor(s)

          *

---

## MOTION TO MODIFY PLAN

Comes now the debtor(s) and moves this Court to confirm the Modified Plan that was filed in this case.

In support of this motion, the debtor(s) proposes to modify the plan in order to surrender the House & Lot to JP Morgan Chase Bank and Regions Bank. Debtor has capability and will continue to fund the plan

The following modifications are being proposed:

All secured creditors that are part of the previously confirmed plan that are not listed for modification are to be treated the same.

| Secured Creditor | Previous Payment | New Treatment |
|---|---|---|
| Cherokee Finance | $93.00 | $185.00 |

The percentage to unsecured creditors will remain at 100%.

The Chapter 13 payment will decrease from $65.00 per week to $60.00 per week.

RICHARD BANKS & ASSOCIATES, P.C.

Richard L. Banks #000617
Rebble S. Johnson #011548
Attorney for the debtor(s)
PO Box 1515
Cleveland, TN 37311
423-479-4188
423-478-1175 (Fax)