**SO ORDERED.**
SIGNED this 26th day of July, 2013

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:                                              CASE NO. 11-12806
ANTHONY ELDON COOLEY
    Debtor(s)                                     CHAPTER 13

### ORDER GRANTING MOTION TO MODIFY
### AND CONFIRMING MODIFIED PLAN

The debtor has filed a motion to modify the confirmed chapter 13 plan. It appearing that all affected creditors have been served with copies of the motion, the proposed modified plan, and the required Notice; that no objections have been filed or any objections have been overruled or withdrawn; and that the modified plan meets the requirements of the Bankruptcy Code;

IT IS ORDERED THAT:

1. The motion of the debtor to modify is granted;

2. The proposed modified plan, a copy of which is attached, is hereby confirmed and is the plan of the debtor.

###

APPROVED FOR ENTRY BY:
/s/ C. Kenneth Still, Trustee
C. Kenneth Still, Trustee
P.O. Box 511
Chattanooga, TN  37401

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re: Anthony Eldon Cooley

Case No. 11-12806
Judge: Cook/Rucker
Chapter 13

CHAPTER 13
MODIFIED PLAN
June 18, 2013

1. **Payments and Term.**
   The debtors will pay the chapter 13 trustee as follows:
   *To be paid $60.00 weekly from the debtor's wages by wage order.*

2. **Priority Claims (including administrative expenses).**
   (a) All administrative expenses under 11 U.S.C. §§ 503(b) & 1326 will be paid in full, including fees to the debtor's attorney.

   (b) Except as provided in paragraph 6 below, claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments, with tax claims paid as priority, secured, or unsecured in accordance the filed claim.

3. **Secured Claims.**

   (a) *Cramdowns.* The holders of the following allowed secured claims retain the liens securing such claims and will be paid by the trustee the value of the security in the manner specified below. The portion of any allowed claim that exceeds the value indicated will be treated as an unsecured claim under paragraph 4(1) below.

| Creditor | Collateral | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Cherokee Finance | 1998 GMC Jimmy | ~~$2,015.40~~ $3312.90 | $185.00 | 18% |

   (b) *Surrender.* The debtor will surrender the following collateral and the creditor will have an allowed deficiency claim which will be paid as unsecured under paragraph 4(a) below.

| Creditor | Collateral to Be Surrendered |
|---|---|

   (c) *Long-Term Mortgages.* The holders of the following mortgage claims will retain their liens and will be paid monthly maintenance payments which will extend beyond the life of the plan. Any arrearage amount set forth below is an estimate; arrearage claims will be paid in full in the amount in the filed claim, absent an objection. Increases in the monthly maintenance payments during the life of the plan will be paid by the indicated payer.

| Creditor | Estimated Arrearage | Arrearage Interest Rate | Arrearage Monthly Payment | Maintenance Payment | Payment by: (Trustee or Debtor) |
|---|---|---|---|---|---|

   (d) *De Novo Review.* Notwithstanding any provision of this plan, the secured status and classification of any purported secured claim are subject to *de novo* review on the request of any party in interest made within 90 days following the filing of the claim or the expiration of the deadline for filing proofs of claim, whichever comes later.

4. **Unsecured Claims.**

(a) *Nonpriority.* Except as provided in subparagraph(b) and in paragraph 6 below, allowed nonpriority unsecured claims will be paid: **100%**

(b) *Post-petition.* Claims allowed under 11 U.S.C. § will be paid in full.

5. **Executory Contracts and Unexpired Leases.** Except the following which are assumed, all executory contracts and unexpired leases are rejected, with any claim arising from the rejection to be paid as unsecured as provided in paragraph 4(a) above:

| *Other Party to Contract* | *Property Description* | *Treatment by Debtor* |
|---|---|---|

6. **Special Provisions.** (such as co-signed debts, debts paid by third party, student loans, special priority debts)

| | |
|---|---|
| JP Morgan Chase (1st Mortgage(Ex-Wife pursuant to Final Decree of Divorce)) | To be surrendered in full satisfaction of the debt. |
| Regions Bank (2nd Mortgage (Ex-Wife pursuant to Final Decree of Divorce)) | To be surrendered in full satisfaction of the debt. |

7. **Liens to be avoided under §§506 & 522(f).** Confirmation of this plan shall constitute an order avoiding the liens of the following creditors:

8. **Property of the Estate.** All property of the Debtor(s) is included as property of the estate and shall remain so until discharge unless otherwise ordered by the court.

Date: 6-19-13

Signature /s/Richard L. Banks #000617
RICHARD BANKS & ASSOCIATES, P.C.
Attorney for debtor(s)
PO Box 1515
Cleveland, TN 37364-1515
423-479-4188

Date: 6-19-13

Signature: /s/Anthony Eldon Cooley
Anthony Eldon Cooley, Debtor